**358**

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gilberto Perez–Sarmiento has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez–Sarmiento has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Felix GUERRERO–FLORES, also
known as Antonio Castillo,
Defendant–Appellant.**

No. 08–40642
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

.PER CURIAM: *

The Federal Public Defender appointed to represent Felix Guerrero–Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guerrero–Flores has not filed a response. Our independent review of the record and counsel's brief

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**Anthony Leon GREENHILL,**
**Plaintiff–Appellant**

v.

**UNITED STATES of America, on behalf of Federal Bureau of Investigation; Mark Edenfield; Jenna Epplin; Federal Bureau of Prisons; Correctional Officer Hunt; D Lair; Correctional Lieutenant Melton, Defendants–Appellees.**

**No. 08–30722**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 30, 2009.

Anthony Leon Greenhill, U.S. Penitentiary Victorville, Adelanto, CA, pro se.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

Anthony Leon Greenhill, federal prisoner # 56411–097, appeals the district court's denial of his Federal Rule of Civil Procedure 60(b) motion to reopen a complaint seeking damages under the Federal Tort Claims Act and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We previously affirmed the district court's dismissal of the complaint as frivolous and for failure to state a claim for relief. *Greenhill v. United States,* 275 Fed.Appx. 315, 317 (5th Cir.2008). Greenhill has moved to proceed in forma pauperis (IFP) on appeal, challenging the district court's certification, pursuant to *Baugh v. Taylor,* 117 F.3d 197, 199–202 (5th Cir.1997), that his appeal from the denial of Rule 60(b) relief is not taken in good faith.

Greenhill's argument that the denial of his motion was an abuse of discretion under *Erickson v. Pardus,* 551 U.S. 89, 127 S.Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007), is frivolous. The decision not to hold a *Spears* [1] hearing to allow Greenhill to amend his complaint to add claims against new defendants was within the discretion of the district court. *See Gov't Fin. Servs. One Ltd. P'ship v. Peyton Place, Inc.,* 62 F.3d 767, 770 (5th Cir.1995). Accordingly, the district court's certification that Greenhill's appeal is not taken in good faith is upheld, and Greenhill's motion for IFP is denied. Because this appeal is frivolous, *see Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983), it is dismissed. *See Baugh,* 117 F.3d at 202 & n. 24; 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

1. *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985).